AO 442 (Rev. 01/09) Arrest Warrant

W 9/9/16 ✓

AUSA Maggie Smith 313.226.9135
Special Agent Ray Nichols, FBI 313.496.4353

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

FID#: 10139026

United States of America
v.
Randy Montante

FILED
SEP 14 2016
CLERK'S OFFICE
DETROIT

Case: 2:16-mj-30350
Judge: Unassigned,
Filed: 08-10-2016 At 12:50 PM
CMP USA V. RANDY MONTANTE (LH)

16-20576

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) Randy Montante
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2251(a) - production of child pornography
18 U.S.C. 2252A(a)(2) - receipt of child pornography
18 U.S.C. 2422(b) - online enticement of a minor

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY:              Deputy

**ANTHONY P. PATTI**

Date: AUG 10 2016

City and state: Detroit, MI

*Issuing officer's signature*
**ANTHONY P. PATTI**
United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 8-10-2016, and the person was arrested on (date) 8-10-2016
at (city and state) Detroit, Michigan.

Date: 8-10-2016

*Arresting officer's signature*
Raymond C. Nichols / Special Agent
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA