UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDY MONTANTE,

    Defendant.

                                /

Case No. 2:16-cr-20576

HONORABLE STEPHEN J. MURPHY, III

## ORDER DENYING DEFENDANT'S MOTION FOR REVOCATION OF DETENTION ORDER (document no. 14)

Defendant Randy Montante is charged with the production and receipt of child pornography and the online enticement of a minor in violation of 18 U.S.C. §§ 2251(a), 2252A(a)(2), and 2422(b). Compl. 1, ECF No. 1. He was arrested on August 10, 2016 and remains in custody pursuant to an order of detention entered by Magistrate Judge Anthony Patti. Warrant, ECF No. 15; Order, ECF No 7. Montante now asks the Court to revoke the Order of Detention and release him into the custody of a third party with certain conditions of home confinement. *See* Mot., ECF No. 14.

The Court has reviewed the parties' filings and finds that no motion hearing is necessary. Montante argues that his "family is prepared to provide any and all assurances as to bond conditions" and that his proposed conditions "would ensure the safety of the community and his appearance at trial." Mot. 6,11, ECF No. 14. But the willingness of a third party to take custody does not alter the underpinnings of the magistrate judge's finding that Montante is a danger to the community. There are no grounds on which to second guess the well-reasoned conclusions of the magistrate judge; the motion will be denied.

**ORDER**

**WHEREFORE**, it is hereby **ORDERED** that Defendant's Motion for Revocation of Detention Order (document no. 14) is **DENIED**.

**SO ORDERED**.

                                      s/Stephen J. Murphy, III
                                      STEPHEN J. MURPHY, III
                                      United States District Judge

Dated: October 3, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 3, 2016, by electronic and/or ordinary mail.

                                      s/Carol Cohron
                                      Case Manager