UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                               Case No. 2:16-cr-20576

v.                                         HONORABLE STEPHEN J. MURPHY, III

D-1, RANDY NIBUNGCO MONTANTE,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S RENEWED MOTION TO TRANSFER [26]

Defendant pled guilty to one count of the Indictment on February 1, 2017 and he now awaits his sentencing. He is detained at the Sanilac County Jail in Sandusky, Michigan. He has moved the Court to make a recommendation that he be transferred to the Milan Detention Center pending sentencing. He argues that the transfer will assist him and his attorney in preparing a sentencing memorandum and will permit more frequent visits from his family by easing their travel burdens.

Defendant asked for a similar recommendation from the Court at his plea hearing and the Court explained that it would endorse the request for a transfer, but that final decisions about prisoner housing are made administratively by the U.S. Marshals. The Court has no jurisdiction to review or alter those decisions, but it will gladly take the same position now as it did at the plea hearing and recommend that the Marshal consider housing defendant at Milan for the convenience of his family and lawyer.

## ORDER

**WHEREFORE**, it is hereby **RECOMMENDED** that the U.S. Marshal consider Defendant be transferred to the Milan Detention Center pending sentencing.

**SO ORDERED**.

                                    s/Stephen J. Murphy, III
                                    STEPHEN J. MURPHY, III
                                    United States District Judge

Dated: March 8, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 8, 2017, by electronic and/or ordinary mail.

                                    s/David P. Parker
                                    Case Manager