# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 06, 2020

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 19-2178, *Randy Montante v. USA*
Originating Case No. : 2:18-cv-12419 : 2:16-cr-20576-1

Dear Mr. Weaver,

   Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Zachary Love
                              For Patricia Elder
                              Senior Case Manager

cc: Mr. Martin J. Beres
    Ms. Margaret M. Smith

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-2178

_____

Filed: October 06, 2020

RANDY NIBUNGCO MONTANTE

    Petitioner - Appellant

v.

UNITED STATES OF AMERICA

    Respondent - Appellee

## MANDATE

   Pursuant to the court's disposition that was filed 08/11/2020 the mandate for this case hereby issues today.

COSTS: None